01

02

03

04

05

06
07

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| 08 UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR88-334-JCC |
| 09     Plaintiff, | ) | |
| | ) | |
| 10     v. | ) | |
| | ) | SUMMARY REPORT OF U.S. |
| 11 STEVEN GLEN SILKETT, | ) | MAGISTRATE JUDGE AS TO |
| | ) | ALLEGED VIOLATIONS |
| 12     Defendant. | ) | OF SUPERVISED RELEASE |
| 13                                | ) | |

14        An evidentiary hearing on supervised release revocation in this case was scheduled

15 before me on October 13, 2011.   The United States was represented by AUSA Richard Cohen

16 and the defendant by Walter Palmer.   The proceedings were digitally recorded.

17        Defendant had been sentenced on or about March 24, 1989 by the Honorable John C.

18 Coughenour on a charge of Conspiracy to Distribute Cocaine, Possession of Cocaine with

19 Intent to Distribute and Contempt, and sentenced to 262 months custody, four years supervised

20 release.

21        The conditions of supervised release included the standard conditions plus the

22 requirements that defendant submit to search and maintain a uniform identity on all documents.

01  Because this case pre-dates the Court's electronic docketing system, a copy of the original

02  Judgment was not reviewed.  The probation officer has summarized the case history in

03  Document 87.

04      In an application dated June 16, 2011 (Dkt.86), U.S. Probation Officer Jamie M.

05  Halvorson alleged the following violation of the conditions of supervised release:

06      1.      Committing the offenses of Delivery of Heroin, between May 2011 and June

07  2011, in Kitsap County, WA and Possession with Intent to Distribute Heroin, on or about June

08  13, 2011, in Pierce County, WA in violation of a general condition of release.

09      In a second application dated September 21, 2011 (Dkt.90), U.S. Probation Officer

10  Jamie M. Halvorson alleged the following violation of the conditions of supervised release:

11      2.      Failing to notify the probation officer at least 10 days prior to any change in

12  residence or employment, in violation of a standard condition of supervision.

13      Defendant was advised in full as to those charges and as to his constitutional rights. An

14  evidentiary hearing was conducted, following which the Court found that the United States has

15  established by a preponderance of the evidence that defendant committed the alleged

16  violations.  (Dkt. 101.)

17      I therefore recommend the Court find defendant violated his supervised release as

18  alleged, and that the Court conduct a hearing limited to the issue of disposition.  The next

19  hearing will be set before Judge Coughenour .

20  / / /

21  / / /

22  / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01    Pending a final determination by the Court, defendant has been detained.

02    DATED this 13th day of October, 2011.

03

04                                                    _____
                                                      Mary Alice Theiler
05                                                    United States Magistrate Judge

06

07

08   cc:    District Judge:          Honorable John C. Coughenour
            AUSA:                    Richard Cohen
09          Defendant's attorney:    Walter Palmer
            Probation officer:       Jamie Halvorson

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3